UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KIRKPATRICK,

    Plaintiff,

    v.

RON DAVIS,

    Defendant.

Case No. 15-cv-05246-JST (PR)

**ORDER OF DISMISSAL**

On November 17, 2015, plaintiff filed a pro se petition for writ of mandamus. On the same day the action was filed, plaintiff was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $400.00, within 28 days, or face dismissal of the action. More than 28 days have passed and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
JON S. TIGAR
United States District Judge